ORSON L. EARLY v. STATE.

No. A-1557. Opinion Filed May 10, 1913.

Appeal from Oklahoma County Court;

John W. Hayson, Judge.

Orson L. Earley was convicted of violating the prohibitory law, and appeals. Affirmed.

Pruiett, Wilson & Sniggs, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error, Orson L. Early, was tried and convicted in the county court of Oklahoma county in September, 1911, on a charge of having unlawful possession of intoxicating liquors with intent to sell the same, and his punishment fixed at a fine of two hundred and fifty dollars and imprisonment in the county jail for a period of ninety days. The appeal was filed in this court on December 30, 1911. Briefs were filed by the state on May 24, 1912. No briefs have been filed on behalf of the plaintiff in error and no appearance made for oral argument. The record has been examined for fundamental error and, none appearing, the judgment of the trial court is affirmed.

---

HARRY SANDERS v. STATE.

No. A-1849. Opinion Filed May 14, 1913.

Appeal from McCurtain County Court;

E. E. Cochran, Judge.

Harry Sanders was convicted of violating the prohibitory law, and appeals. Affirmed.

H. P. Hosey and Steel, Lake & Head, for plaintiff in error.

Smith C. Matson and C. J. Davenport, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error, Harry Sanders, was tried and convicted at the July, 1912, term of the county court of McCurtain county on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at imprisonment in the county jail for a period of thirty days and a fine of fifty dollars. Upon a careful examination of the record we find no error sufficient to justify a reversal of the judgment of the trial court. It is therefore affirmed.

The clerk is directed to issue the mandate instanter.